Name and Style of C. BUONOCORE & SON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JAMES WARD, Respondent, v. P. H. KEAHON, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

LILLIAN M. ROSE, Respondent, v. MENKO ROSE, JR., Appellant.— Order modified by reducing the amount of alimony to the sum of fifty dollars a week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

LOUIS E. GLADU, Respondent, v. EDWIN C. KENTON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

EDWARD L. COWEN, Respondent, v. MARION COWEN, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

E. SMOLKA PLUMBING SUPPLY Co., INC., and Others, Suing on Behalf of Themselves and Other Stockholders, etc., Appellants, v. EDWARD SMOLKA and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

E. SMOLKA PLUMBING SUPPLY Co., INC., and Others, Suing on Behalf of Themselves and Other Stockholders, etc., Appellants, v. EDWARD SMOLKA and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

LILLIAN ANDERSON, Respondent, v. IRENE FORD and Another, Appellants, Impleaded with Another, Defendant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CHARLES MINERVINI v. ANGELINA MINERVINI.— Motion to dismiss appeal denied, with ten dollars costs, with leave to respondent to renew said motion unless the appellant procure record on appeal to be promptly served and filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

CHARLES MINERVINI v. ANGELINA MINERVINI.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARTIN GERAGHTY v. ISAAC STANISLAW.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

MARTIN GERAGHTY v. ISAAC STANISLAW.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ERNEST LIKAY v. MORRIS SIGMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ARISTODIMOS COSMETTO and Others v. CONSTANTINE N. JOANNIDES and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.